

'08 MJ 8306

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Uriel RECENDIZ-Vera, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 7, 2008, within the Southern District of California, defendant Uriel RECENDIZ-Vera did knowingly and intentionally import approximately 38.18 kilograms (84.00 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 8th DAY OF APRIL, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Uriel RECENDIZ-Vera

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy L. Henderson.

On April 7, 2008, Uriel RECENDIZ-Vera entered the United States at the Calexico, California West Port of Entry. RECENDIZ was the driver and registered owner of a Dodge passenger car. Customs and Border Protection Officer (CBPO) J. Burgueno took a negative Customs declaration from RECENDIZ. CBPO Burgueno escorted RECENDIZ to secondary for further inspection.

In secondary, CBP Canine Enforcement Officer (CEO) C. Jones used his Narcotic Detector Dog (NDD) to screen the Dodge. The NDD alerted to the odor of controlled substances in the area of the Dodge.

CBPO Burgueno further inspected the Dodge which resulted in the recovery of 35 packages containing a white powdery substance. A sample of the powder field-tested positive for cocaine. The total weight of the packages was 38.18 kilograms.

Special Agent (S/A) Timothy Henderson interviewed RECENDIZ. CBPO D. Contreras read RECENDIZ his constitutional rights per Miranda in Spanish. RECENDIZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

RECENDIZ stated that he believed that an unknown type and quantity of "drugs" would be in the Dodge. RECENDIZ said that he was to be paid to drive the Dodge to Calexico, California.