**FILED**
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>URIEL RECENDIZ-VERA,<br><br>　　　　Defendant. | Criminal Case No. 08CR1396-IEG<br><br><u>I N F O R M A T I O N</u><br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |

　　The United States Attorney charges:

　　On or about April 7, 2008, within the Southern District of California, defendant URIEL RECENDIZ-VERA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 38.18 kilograms (84.0 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: <u>May 6, 2008</u>.

　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　JEFFREY D. MOORE
　　　　　　　　　　　　　　　Assistant U.S. Attorney

JDM:rp:Imperial
5/6/08